## Exhibit A
## Statement of Claim
## Plaintiff Jose Saul Herrera

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Monthly Pay[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 2/18/22 - 11/27/24 | 144.86 | 56 | $ 4,500.00 | $ 18.54 | $ 27.82 | $ 21,489.80 | $ 21,489.80 |
| | | | | | | $ 21,489.80 | $ 21,489.80 |

Total Unpaid Overtime Wages[1] = $ 21,489.80
Total Liquidated Damages[1] = $ 21,489.80
Total[1] = $ 42,979.59

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.